AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  19-2779

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Commission for Foreign Medical (ECFMG)
was received by me on *(date)* 6-27-19

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

**FILED**
**JUL 05 2019**
KATE BARKMAN, Clerk
By_____ Dep. Clerk

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mark Alesiani, Security, who is designated by law to accept service of process on behalf of *(name of organization)* ECFMG
on *(date)* 6-28-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6-28-19

_____
*Server's signature*

Frederic A Blum - Process Server
*Printed name and title*

235 S. 13th St. Philadelphia Pa 19107
*Server's address*

Additional information regarding attempted service, etc:




235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE (215) 546-7400
FAX: (215) 985-0169

National Association of
Professional Process Servers

Dr Orien L. Tulp, President of the University of Science, Arts, and Technology, et al
-VS-
Educational Commission for Foreign Medical Graduates

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 2:19-cv-02779-WB

## AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS163980 01
**Reference Number**

Frederic A. Blum, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 6/27/2019 we received the **Summons and Complaint** and that service was effected upon **Education Commission for Foreign Medical Graduates (ECFMG) at 3624 Market Street, Philadelphia, PA 19104** on **06/28/2019** at **10:10 AM**, in the manner described below:

**By service upon:** Mark Alesiani, Security Service Administration as an agent or person authorized to accept service at usual place of business

**Description:**
Gender: **Male**   Race/Skin: **Caucasian**   Age: **40 - 50 Yrs.**   Weight: **Slim Build**   Height:   Hair:   Glasses. **Yes**   Other:

Service Notes.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this 28th day of June 2019

**Process Server/Sheriff**
**Notary Public** Brenda Ravenell

ATTEMPTS

Client   Phone (215) 564-1635   :   Filed Date: 06/25/2019   BR Serve By: 06/28/2019

William C Reil, Esquire
Law Offices of William C Reil
1515 Market Street, Ste 1200
Philadelphia, PA 19102



ORIGINAL

AO 440 (Rev 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| DR. ORIEN L. TULP, PRESIDENT OF THE UNIVERSITY OF SCIENCE, ARTS, AND TECHNOLOGY; CAROL KONYK, VICE PRESIDENT OF THE UNIVERSITY OF SCIENCE, ARTS, AND TECHNOLOGY <br> *Plaintiff(s)* <br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES <br> *Defendant(s)* | Civil Action No. 19-2779 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Education Commission for Foreign Medical Graduates (ECFMG)
3624 Market Street
Philadelphia, PA 19104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
WILLIAM C. REIL, ESQ.
1515 MARKET ST, SUITE 1200
PHILADELPHIA PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/25/19

*Signature of Clerk or Deputy Clerk*

PS163980.01