IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP AND CARLA KONYK, <br><br> Plaintiffs, <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, <br><br> Defendant. | Civil Action No. 19-02779 <br><br> Honorable Wendy Beetlestone |

**CORPORATE DISCLOSURE STATEMENT OF
THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, submits the following Corporate Disclosure Statement:

1. ECFMG has no parent corporation.

2. No publicly held corporation owns 10% or more of the stock of ECFMG.

DATED:  July 10, 2019

*/s/ Elisa P. McEnroe*
Elisa P. McEnroe, PA Bar No. 206143
Matthew D. Klayman, PA Bar No. 319105
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     +1.215.963.5917
Facsimile:     +1.215.963.5001
matthew.klayman@morganlewis.com

*Attorneys for the Educational Commission for Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system:

>WILLIAM C. REIL
>1515 MARKET ST SUITE 1200
>PHILADELPHIA, PA 19102
>215-564-1635
>Fax: 215-564-4292
>Email: billreillaw@gmail.com
>
>*Attorney for Plaintiffs*

DATED:  July 10, 2019                                  */s/ Elisa P. McEnroe*
                                                                        Elisa P. McEnroe