IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP AND CARLA KONYK, <br><br> Plaintiffs, <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, <br><br> Defendant. | Civil Action No. 19-02779 <br><br> Honorable Wendy Beetlestone |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Matthew D. Klayman, Esq. of the law firm Morgan, Lewis & Bockius LLP in the above-captioned action on behalf of defendant Educational Commission for Foreign Medical Graduates.

DATED:  July 10, 2019

*/s/ Matthew D. Klayman*
Matthew D. Klayman, PA Bar No. 319105
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:    +1.215.963.5609
Facsimile:     +1.215.963.5001
matthew.klayman@morganlewis.com

*Attorney for the Educational Commission for Foreign Medical Graduates*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system:

>WILLIAM C. REIL
>1515 MARKET ST SUITE 1200
>PHILADELPHIA, PA 19102
>215-564-1635
>Fax: 215-564-4292
>Email: billreillaw@gmail.com
>
>*Attorney for Plaintiffs*

DATED:  July 10, 2019                                        */s/ Matthew D. Klayman*
                                                                                Matthew D. Klayman