IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP AND CARLA KONYK, <br><br> Plaintiffs, <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, <br><br> Defendant. | Civil Action No. 19-02779 <br><br> Honorable Wendy Beetlestone |

## STIPULATION

AND NOW, this 8th day of July 2019, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiffs Dr. Orien L. Tulp and Carla Konyk, and Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), that the deadline for ECFMG to answer, move or otherwise respond to Plaintiffs' Complaint is hereby extended from July 19, 2019 until and including August 19, 2019. In support of this stipulation, the parties state as follows:

1. On June 25, 2019, Plaintiffs filed a Complaint in Civil Action No. 19-02779, marking the matter as related to terminated case Civil Action No. 18-5540.

2. On June 28, 2019, Plaintiffs served ECFMG with Summons and the Complaint.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), the deadline for ECFMG to answer or respond to Plaintiffs' Complaint is presently July 19, 2019

4. ECFMG requested, and Plaintiffs have consented to, a limited 30-day extension to allow sufficient time for ECFMG to answer, move or otherwise respond to Plaintiffs' Complaint.

5. This extension would have no effect on other existing deadlines.

Wherefore, the parties hereby stipulate that the deadline for ECFMG to answer or respond to Plaintiffs' Complaint is extended until and including August 19, 2019.

Dated: July 8, 2019

| | |
|---|---|
| William C. Reil PA Bar No. 26833<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>Telephone:  +1.215.564.1635<br>Facsimile:   +1.215.564.4292<br>billreillaw@gmail.com<br><br>*Attorney for Plaintiffs*<br><br>*/s/ William C. Reil*<br>7/9/19 | Elisa P. McEnroe, PA Bar No. 206143<br>Matthew D. Klayman, PA Bar No. 319105<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone:  +1.215.963.5917<br>Facsimile:   +1.215.963.5001<br>elisa.mcenroe@morganlewis.com<br>matthew.klayman@morganlewis.com<br><br>7/10/19  */s/*<br><br>*Attorneys for the Educational Commission for Foreign Medical Graduates* |

APPROVED BY THE COURT:

Date: 7/11/2019

_____
BEETLESTONE, J.