LAW OFFICES OF WILLIAM C. REIL
Attorney I.D. No. 26110
c/o Law Offices of William C. Reil
1515 Market Street, Suite 1200
Philadelphia, PA 19102

| | |
|---|---|
| 215-564-1635 | ATTORNEY FOR PLAINTIFF |
| DR. ORIEN L. TULP | : UNITED STATES DISTRICT |
| | : COURT FOR THE EASTERN |
| and | : DISTRICT OF PENNSYLVANIA |
| | : |
| CARLA KONYK | : NO. 2:19-cv-02779-WB |
| | : |
| vs. | ; |
| | : |
| EDUCATION COMMISSION FOR | : |
| FOREIGN MEDICAL GRADUATES | : |
| | : |

## STIPULATION FOR VOLUNTARY DISCONTINUANCE OF PLAINTIFFS' COMPLAINT PURSANT TO RULE 41

It is hereby stipulated and agreed by undersigned counsel for the plaintiffs and defendant for all the parties in the above-captioned case that plaintiffs' complaint is dismissed with prejudice.

Date: 8/14/19

William C. Reil, Esquire
Attorney for Plaintiffs

Date: 8/13/19

Elisa P. McEnroe, Esquire
Attorney for Defendant

APPROVED BY THE COURT:

The Honorable Wendy Beetlestone
United States District Judge